FILED

14 JAN 31  AM 9:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMY ABDOU, M.D., an individual,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>ALPHATEC SPINE, INC., a California Corporation,<br><br>　　Defendant and Counterclaimant. | Case No. 3:12-cv-01804-BEN-RBB<br><br>**ORDER GRANTING IN PART DR. ABDOU'S *EX PARTE* MOTION FOR LEAVE TO FILE A SUR-REPLY IN FURTHER OPPOSITION TO ALPHATEC'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**<br><br>[Docket No. 62] |

　　On January 10, 2014, Alphatec Spine, Inc. submitted its Reply in Support of Alphatec's Motion for Summary Judgment of Invalidity, including a Supplemental Declaration of Kevin T. Foley, M.D. (Docket No. 59-6) and "Evidentiary Objections and Motion to Strike Declaration of Ali Moshirfar, M.D." (Docket No. 59-7.)

　　The Court has considered Dr. Abdou's *Ex Parte* Motion for Leave to File a Sur-Reply in Further Opposition to Alphatec's Motion for Summary Judgment of Invalidity and other supporting papers.

1  After consideration of the moving papers submitted by Dr. Abdou, the court
2  **GRANTS IN PART** Dr. Abdou's *Ex Parte* Motion. Dr. Abdou's proffered sur-reply
3  both addresses Alphatec's evidentiary objections (Sur-Reply, Section B [Docket No.
4  62-2], at 5-8) as well as re-argues the merits of his opposition to Alphatec's motion for
5  summary judgment (Sur-Reply [Docket No. 62-2], at 1-4). Accordingly, Dr. Abdou is
6  granted leave to file an amended version of the proffered sur-reply that consists **only**
7  of Section B of the proffered sur-reply (Docket No. 62-2, at 5-8), within **three (3)**
8  **days** of the date this Order is filed.

9  **IT IS SO ORDERED.**

11  Dated: January 30, 2014

HON. ROGER T. BENITEZ
United States District Judge